**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VINCENT DANIELS,

                        Plaintiff,

     -against-                                  21 **CIVIL** 712 (GWG)

                                                        **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 26, 2022, Daniels' motion for judgment on the pleadings is granted, and the Commissioner's cross-motion for judgment on the pleadings is denied. The case is remanded for further proceedings consistent with the opinion.

**Dated:**  New York, New York

        July 26, 2022

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                         **BY:**        _K. Mango_
                                                                 **Deputy Clerk**